**PUBLISH**

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 95-5008
_____

D. C. Docket No. 95-8366-CIV-LCN

In re FIRST NATIONAL BANK
OF BOSTON, a national banking
association,

                                                    Petitioner.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

**(December 24, 1996)**

Before KRAVITCH, BIRCH and BLACK, Circuit Judges.

PER CURIAM:

In view of the parties' settlement of the underlying case in district court, the panel opinion, published at 70 F.3d 1184 (11th Cir. 1996), is VACATED. This case is REMANDED to the district court with instructions that it be DISMISSED as moot.